# Exhibit B

| | |
|---|---|
| **From:** | Miazad, Ossai <om@outtengolden.com> |
| **Sent:** | Wednesday, February 7, 2018 9:45 AM |
| **To:** | Engelman, Keri L. |
| **Cc:** | McNerney, Christopher; Stromberg, Daniel; Schrum-Herrera, Cristina; Evans, Paul C.; Bentley, Cheryl-Lyn; Michael Pope; Eric Eingold |
| **Subject:** | Re: Millien, et al. v. Madison Square Garden Company |

Paul and Keri,

Checking in on whether we will today receive the documents and information that Defendant had agreed to produce by Friday Feb 2.  Please confirm status.

Separately, I wanted to renew Plaintiffs' offer to engage in settlement discussions. If this is something your client is interested in we would want to quickly discuss process. So we are on the same page, this would not impact the production we are waiting on because we would need that kind of information to engage in meaningful discussions.

I am available today if you would like to discuss.

Ossai


Sent from my iPhone
On Feb 5, 2018, at 9:10 AM, Miazad, Ossai <om@outtengolden.com> wrote:

> Good morning Keri,
>
> Can you confirm that we will have the production and discovery responses by Wed of this week?
>
> Thanks, Ossai
>
> On Feb 2, 2018, at 5:11 PM, Engelman, Keri L. <keri.engelman@morganlewis.com> wrote:
>
>> Christopher,
>>
>> We need to nail down a few additional pieces of information with our client before we will be in a position to produce the class data and supplemental discovery responses as discussed.  We anticipate that we will produce these documents and information mid-next week, but will let you know as soon as possible if that timing changes.  We apologize for the inconvenience.  Please let us know if you would like to further discuss.
>>
>> Have a nice weekend.
>>
>> Thanks,
>> Keri
>>
>> **Keri L. Engelman**
>> **Morgan, Lewis & Bockius LLP**
>> 1701 Market Street | Philadelphia, PA 19103-2921
>> Direct: +1.215.963.5100 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
>> keri.engelman@morganlewis.com | www.morganlewis.com
>> Assistant: Joanne M. D'Angelo | +1.215.963.5623 | joanne.dangelo@morganlewis.com

1

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**Ossai Miazad**
**646-825-9817**