# Exhibit C

| | |
|---|---|
| **From:** | Miazad, Ossai <om@outtengolden.com> |
| **Sent:** | Thursday, February 15, 2018 5:28 PM |
| **To:** | Engelman, Keri L.; Evans, Paul C. |
| **Cc:** | Bentley, Cheryl-Lyn; McNerney, Christopher; Schrum-Herrera, Cristina; Michael Pope; Eric Eingold |
| **Subject:** | RE: Millien et al v. The Madison Square Garden Company et al - Supplemental Production |

Keri and Paul,

We still have not heard from you on MSG's proposed ESI search protocol or received an update on the status of document retrieval from Sterling and ICIMs. We discussed both during our January 25 meet and confer and understood that you would be getting back to us in short order. We are also still waiting on a written response to our proposed compromise on information to be searched before the class period. We would appreciate if you could get back to us on these issues next week.

We did receive the two applicant spreadsheets. Prior to noticing a Rule 30(b)(6) deposition related to the applicant data, it would be helpful to know whether there is a data dictionary or similar document that could narrow the questions we would have on the fields within the database. I will also note that we requested race data which was not included in the spreadsheets and we would ask for that information to be supplemented.

Regards, Ossai


**Ossai Miazad**
**646-825-9817**

**From:** Engelman, Keri L. [mailto:keri.engelman@morganlewis.com]
**Sent:** Wednesday, February 7, 2018 10:45 PM
**To:** Engelman, Keri L. <keri.engelman@morganlewis.com>; Miazad, Ossai <om@outtengolden.com>; McNerney, Christopher <cmcnerney@outtengolden.com>; Schrum-Herrera, Cristina <Cschrumherrera@outtengolden.com>; Michael Pope <mpope@youthrepresent.org>; Eric Eingold <eeingold@youthrepresent.org>
**Cc:** Evans, Paul C. <paul.evans@morganlewis.com>
**Subject:** RE: Millien et al v. The Madison Square Garden Company et al - Supplemental Production

All,

The password for the zip file containing the supplemental production is: `@MorganLewis_PH_20180207`.

The password for the native documents is: 123!

Thanks,
Keri


**Keri L. Engelman**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5100 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
keri.engelman@morganlewis.com | www.morganlewis.com
Assistant: Joanne M. D'Angelo | +1.215.963.5623 | joanne.dangelo@morganlewis.com

**From:** keri.engelman@morganlewis.com [mailto:keri.engelman@morganlewis.com]
**Sent:** Wednesday, February 7, 2018 10:42 PM
**To:** om@outtengolden.com; cmcnerney@outtengolden.com; Cschrumherrera@outtengolden.com; mpope@youthrepresent.org; eeingold@youthrepresent.org
**Cc:** Evans, Paul C. <paul.evans@morganlewis.com>
**Subject:** Millien et al v. The Madison Square Garden Company et al - Supplemental Production

---

**You have received 4 secure files from keri.engelman@morganlewis.com.**
Use the secure links below to download.

---

All,

Enclosed please find: (1) a supplemental production bates labeled Millien_00000141-263; (2) supplemental answers to Plaintiffs' First Set of Interrogatories; (3) a letter dated February 7, 2018 regarding Defendants' Responses to Plaintiffs' First Set of Requests for Production of Documents; and (4) a privilege log.

Passwords to follow under separate cover.

Please let us know if you have any questions.

Thanks,
Keri

**Secure File Downloads:**
Available until: **09 March 2018**

Click links to download:

> **02.07.2018 Letter from P. Evans.pdf**
> 21.68 KB
>
> **MSG-PROD002.zip**
> 24.64 MB
>
> **Millien et al v. MSG Supplemental Answers to Interrogatories 02.07.2018.pdf**
> 22.99 KB
>
> **Millien v. MSG Privilege Log 02.07.2018.pdf**
> 8.36 KB

**\*\*\* Do not delete this email message prior to taking appropriate action. \*\*\***

You have received attachment link(s) within this email from Morgan, Lewis & Bockius LLP. **You must use the link(s) above to download the file(s): .**

Secured by Accellion

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this

communication in error, please notify us immediately by
e-mail and delete the original message.