# Morgan Lewis

**Paul C. Evans**
+1.215.963.5431
paul.evans@morganlewis.com

December 19, 2018

**VIA ECF**

The Honorable Alison J. Nathan
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Millien, et al. v. The Madison Square Garden Company et al.*
Civil Action No. 17-cv-04000

Dear Judge Nathan:

We represent The Madison Square Garden Company ("MSG" or "Defendant") in the above-captioned matter. We join with Plaintiffs Clint Millien and Felipe Kelly ("Plaintiffs") with an update following the Parties' December 5, 2018 mediation pursuant to Your Honor's November 11, 2018 Order (Dkt. 77).

The Parties participated in a day-long mediation on December 5, 2018 before Dina R. Jansenson, Esq. of JAMS. Although the Parties were unable to reach a settlement during the mediation, they exchanged multiple proposals and counter-proposals and were able to make significant progress towards a resolution. The Parties held a follow-up teleconference with Mediator Jansenson on December 14, 2018 and have agreed that a second mediation session will aid the Parties' continued efforts to resolve this matter. To that end, another in-person mediation before Mediator Jansenson is scheduled for February 28, 2019, which is the first available date that works for all parties.

As explained in Plaintiffs' letter dated November 7, 2018 (Dkt. 74), Magistrate Judge Pitman suspended the Scheduling Order (Dkt. 55) and stayed all proceedings to the allow the Parties to engage in settlement discussions. Today, the Parties will also provide a joint update to Magistrate Pitman regarding the status of their settlement negotiations and request a further stay of the proceedings. Assuming the stay remains in place, the Parties hereby jointly request that they provide a further update to this Court within two weeks of their February 28, 2019 mediation as to proposed next steps. *So ordered.*

We thank the Court for its attention to this matter.

SO ORDERED: 12/21/18

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA  19103-2921        T +1.215.963.5000
United States                        F +1.215.963.5001

Honorable Alison Nathan
December 19, 2018

Sincerely,

/s/ Paul C. Evans

Paul C. Evans

PCE/pjb