# Morgan Lewis

**Paul C. Evans**
+1.215.963.5431
paul.evans@morganlewis.com

April 30, 2019



MAY 0 1 2019

**VIA ECF**

The Honorable Alison J. Nathan
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Millien, et al. v. The Madison Square Garden Company et al.*
           Civil Action No. 17-cv-04000

Dear Judge Nathan:

We represent The Madison Square Garden Company ("MSG" or "Defendant") in the above-captioned matter. We join with Plaintiffs Clint Millien and Felipe Kelly ("Plaintiffs") to request a two-week extension, or until May 14, 2019, to execute a binding settlement agreement in the above-referenced matter.

Pursuant to Your Honor's March 15, 2019 Order (Dkt. 85), the Parties were to execute a binding settlement agreement on April 30, 2019 and Plaintiffs were to file a motion for preliminary approval of the class settlement on May 15, 2019. Although the Parties have been working diligently to negotiate the terms of the settlement agreement, we need additional time to finalize and execute it. The Parties therefore jointly request an extension until May 14, 2019 to execute the binding settlement agreement, and until May 22, 2019 to file for preliminary approval.

] So Ordered

We thank the Court for its understanding.

Sincerely,

/s/ Paul C. Evans

Paul C. Evans

PCE/pjb

SO ORDERED: 4/30/19

_____
HON ALISON J. NATHAN
       DISTRICT JUDGE

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA 19103-2921    ☏ +1.215.963.5000
United States                              ✉ +1.215.963.5001