| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **YOUTH REPRESENT** |
| Ossai Miazad | Michael C. Pope |
| Christopher M. McNerney | Eric Eingold |
| Cheryl-Lyn Bentley | 11 Park Place, Suite 1512 |
| Nina T. Martinez | New York, New York 10007 |
| 685 Third Avenue, 25th Floor | |
| New York, New York 10017 | |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLINT MILLIEN and FELIPE KELLY, individually and on behalf of all others similarly situated,<br><br>                  **Plaintiffs,**<br><br>  v.<br><br>THE MADISON SQUARE GARDEN COMPANY and MSGN HOLDINGS, L.P.,<br><br>                  **Defendants.** | **Case No. 17 Civ. 4000 (AJN)(HBP)** |

### NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASSES, APPOINTMENT OF CLASS COUNSEL, AND <u>APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT</u>

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Classes, Appointment of Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement ("Motion for Preliminary Approval of Settlement") and in the Declaration of Ossai Miazad in Support of Plaintiffs' Motion for Preliminary Approval of Settlement ("Miazad Decl."), and the supporting exhibits thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) granting preliminary approval of the Settlement Agreement, attached as **Exhibit A** to the Miazad Decl.;

(2) conditionally certifying the proposed Settlement Classes pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3);

(3) appointing Plaintiffs' Counsel as Class Counsel; and

(4) approving the proposed Notices of Class Action Settlement and Claim Form, attached as **Exhibits 1-3** to the Settlement Agreement.

\* \* \*

Plaintiffs submit a Proposed Order, attached to the Miazad Decl. as **Exhibit B**, for the Court's convenience.

Dated: June 24, 2019　　　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　By:　/s/ Ossai Miazad
　　　　　　　　　　　　　　　　　　　　Ossai Miazad

　　　　　　　　　　　　　　　　　**OUTTEN & GOLDEN LLP**
　　　　　　　　　　　　　　　　　Ossai Miazad
　　　　　　　　　　　　　　　　　Lewis M. Steel
　　　　　　　　　　　　　　　　　Daniel Stromberg
　　　　　　　　　　　　　　　　　Cheryl-Lyn D. Bentley
　　　　　　　　　　　　　　　　　Christopher M. McNerney
　　　　　　　　　　　　　　　　　Nina T. Martinez
　　　　　　　　　　　　　　　　　685 Third Avenue 25th Floor
　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　Telephone: (212) 245-1000
　　　　　　　　　　　　　　　　　Facsimile:  (646) 509-2060

　　　　　　　　　　　　　　　　　**YOUTH REPRESENT**
　　　　　　　　　　　　　　　　　Michael C. Pope
　　　　　　　　　　　　　　　　　Eric Eingold
　　　　　　　　　　　　　　　　　11 Park Place, Suite 1512
　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　Telephone: (646) 759-8080
　　　　　　　　　　　　　　　　　Facsimile: (646) 217-3097

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and the Putative Classes*