| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Ossai Miazad<br>Christopher M. McNerney<br>Nina T. Martinez<br>685 Third Avenue, 25th Floor<br>New York, New York 10017 | **YOUTH REPRESENT**<br>Michael C. Pope<br>Eric Eingold<br>11 Park Place, Suite 1512<br>New York, New York 10007 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CLINT MILLIEN and FELIPE KELLY,** individually and on behalf of all others similarly situated,<br><br>                    **Plaintiffs,**<br><br>     v.<br><br>**THE MADISON SQUARE GARDEN COMPANY and MSGN HOLDINGS, L.P.,**<br><br>                    **Defendants.** | **Case No. 17 Civ. 4000 (AJN) (SLC)** |

### NOTICE OF PLAINTIFFS' UNOPPOSED MOTION
### FOR CERTIFICATION OF THE SETTLEMENT CLASSES AND
### FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Classes and Final Approval of Class Action Settlement, ("Motion for Final Approval of Settlement") and in the Declaration of Ossai Miazad in Support of Plaintiffs' Unopposed Motions for Certification of the Settlement Classes and Final Approval of the Class Action Settlement, Approval of Attorneys' Fees and Costs, and Approval of Service Awards ("Miazad Decl."), and the supporting exhibits thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)     granting final approval of the Settlement Agreement, attached as **Exhibit A** to the Miazad Decl.;

(2)     certifying the Settlement Classes pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3);

(3)     ordering the Settlement Administrator to distribute the settlement funds in accordance with the terms of the Settlement Agreement;

(4)     retaining jurisdiction of this action in order to enter such further orders as may be necessary or appropriate in administering and implementing the terms and provisions of the Settlement Agreement; and

(5)     granting any other relief that the Court deems just and proper.

\*       \*       \*

Plaintiffs submit a Proposed Order, attached to the Miazad Decl. as **Exhibit F**, for the Court's convenience.

Dated: November 4, 2019              Respectfully submitted,
       New York, New York

                                By:     */s/ Ossai Miazad*
                                        Ossai Miazad

                                        **OUTTEN & GOLDEN LLP**
                                        Ossai Miazad
                                        Lewis M. Steel
                                        Christopher M. McNerney
                                        Nina T. Martinez
                                        685 Third Avenue 25th Floor
                                        New York, NY 10017
                                        Telephone: (212) 245-1000
                                        Facsimile: (646) 509-2060

                                        **YOUTH REPRESENT**
                                        Michael C. Pope
                                        Eric Eingold
                                        11 Park Place, Suite 1512
                                        New York, NY 10007
                                        Telephone: (646) 759-8080
                                        Facsimile: (646) 217-3097

                                        *Attorneys for Plaintiffs and the Settlement Classes*