| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **YOUTH REPRESENT** |
| Ossai Miazad | Michael C. Pope |
| Christopher M. McNerney | Eric Eingold |
| Nina T. Martinez | 11 Park Place, Suite 1512 |
| 685 Third Avenue, 25th Floor | New York, New York 10007 |
| New York, New York 10017 | |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CLINT MILLIEN and FELIPE KELLY**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **THE MADISON SQUARE GARDEN COMPANY and MSGN HOLDINGS, L.P.**, <br><br> Defendants. | **Case No. 17 Civ. 4000 (AJN) (SLC)** |

### NOTICE OF PLAINTIFFS' UNOPPOSED MOTION
### FOR APPROVAL OF SERVICE AWARDS

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Service Awards and in the Declaration of Ossai Miazad in Support of Plaintiffs' Unopposed Motions for Certification of the Settlement Classes and Final Approval of the Class Action Settlement, Approval of Attorneys' Fees and Costs, and Approval of Service Awards ("Miazad Decl."), and the supporting exhibits thereto, Plaintiffs respectfully request that the Court enter an Order approving Service Awards of $7,500.00 each to Plaintiffs Clint Millien and Felipe Kelly.

Dated: November 4, 2019             Respectfully submitted,
      New York, New York

                                  By:    */s/ Ossai Miazad*
                                           Ossai Miazad

**OUTTEN & GOLDEN LLP**
Ossai Miazad
Lewis M. Steel
Christopher M. McNerney
Nina T. Martinez
685 Third Avenue 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

**YOUTH REPRESENT**
Michael C. Pope
Eric Eingold
11 Park Place, Suite 1512
New York, NY 10007
Telephone: (646) 759-8080
Facsimile: (646) 217-3097

*Attorneys for Plaintiffs and the Settlement Classes*