# Exhibit C

***Millien v. The Madison Square Garden Company*** **, Case No. 17 Civ. 4000 (AJN)(SLC)**
**Outten & Golden LLP - Fees Summary Chart**

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| Lewis Steel | LS | 436.8 | $900.00 | $393,120.00 |
| Ossai Miazad | OM | 308.8 | $800.00 | $247,040.00 |
| Daniel Stromberg | DXS | 138.8 | $700.00 | $97,160.00 |
| Nantiya Ruan | NRR | 73.2 | $650.00 | $47,580.00 |
| Rebecca Sobie | RXS | 19.7 | $600.00 | $11,820.00 |
| Cheryl-Lyn Bentley | CDB | 337.1 | $475.00 | $160,122.50 |
| Christopher M. McNerney | CMM | 502 | $450.00 | $225,900.00 |
| Tara K. Quaglione | TKQ | 63.7 | $425.00 | $27,072.50 |
| Brandon E. James | BEJ | 39.7 | $400.00 | $15,880.00 |
| Bridget V. Hamill | BVH | 15.9 | $380.00 | $6,042.00 |
| Moira Heiges-Goepfert | MHG | 102.4 | $380.00 | $38,912.00 |
| Ellyn B. Gendler | EBG | 18.7 | $350.00 | $6,545.00 |
| Nina T. Martinez | NTM | 294.1 | $350.00 | $102,935.00 |
| Cristina Schrum-Herrera | CSH | 397 | $325.00 | $129,025.00 |
| Morgan Marshall-Clark | MMC | 45.2 | $325.00 | $14,690.00 |
| Attorney Total | | 2793.1 | | $1,523,844.00 |
| | | | | |
| Hector E. Durant | HED | 222.4 | $270.00 | $60,048.00 |
| Michelle Fujii | MXF | 76.8 | $270.00 | $20,736.00 |
| NY Law Clerk | NYLC | 11.6 | $250.00 | $2,900.00 |
| Part Time Paralegal | PTP | 38.1 | $250.00 | $9,525.00 |
| Support Staff Total | | 348.9 | | $93,209.00 |
| TOTAL | | 3142 | | $1,617,053.00 |